# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HOWARD L. LANGFORD,** | |
| Plaintiff, | 8:23CV12 |
| vs. | **AMENDED CASE PROGRESSION ORDER** |
| **FATHER FLANAGAN'S BOYS' HOME,** | |
| Defendant. | |

This matter comes before the Court on the Motion to Continue Progression Order (Filing No. 27). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Motion to Continue Progression Order (Filing No. 27) is granted, and the case progression order is amended as follows:

1) Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **October 30, 2023**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff: | **November 16, 2023** |
   | For the defendant: | **December 15, 2023** |

3) The deadlines for completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff: | **December 15, 2023** |
   | For the defendant: | **January 16, 2024** |
   | Plaintiff's rebuttal: | **January 29, 2024** |

4) The planning conference scheduled for January 17, 2024, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **February 7, 2024**, at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **April 1, 2024**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **ten (10)**.

6) The deadline for filing motions to dismiss and motions for summary judgment is **April 1, 2024**.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **April 1, 2024**.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 14th day of September, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge